UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>        Respondent. | Case No. 1:12-cv-01807-LJO-BAM-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 17)<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL OF HIS PETITION AS SUCCESSIVE (DOC. 16) AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY |

    Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he challenged his homicide conviction. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

    On June 2, 3014, the Magistrate Judge filed findings and recommendations to deny the Petitioner's motion for reconsideration and to decline to issue a certificate of appealability. The findings and recommendations were served on all parties on the same date. The findings and recommendations advised the parties that objections could be filed within thirty days and replies within

1

fourteen days after the filing of objections.  On August 1, 2014, Petitioner filed objections.  Although over fourteen days have passed since the filing of objections, no reply to the objections has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1.  The findings and recommendations filed on June 3, 2014, are ADOPTED in full; and

2.  Petitioner's motion for reconsideration is DENIED; and

3.  The Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **August 27, 2014**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE